UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SABRINA L. ROBINSON,            )
                               )
            Plaintiff,          )
                               )
    vs.                         )          Case No.  4:05CV01041 AGF
                               )
JO ANNE B. BARNHART,            )
Commissioner of Social Security, )
                               )
            Defendant.          )

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's motion to reverse and remand this

Social Security disability case pursuant to sentence four of  42 U.S.C. § 405(g).[1]

Following a hearing on Plaintiff's applications for disability insurance benefits, an

Administrative Law Judge (ALJ) found that Plaintiff was not disabled.  The decision of

the ALJ became the final decision of the Commissioner of Social Security, and Plaintiff

sought judicial review of the adverse ruling.

The Commissioner now states that agency counsel asked the Appeals Council of

the Social Security Administration to reconsider the Commissioner's decision, and that

upon review the Appeals Council determined that remand was appropriate for further

consideration of Plaintiff's claims.   The Commissioner asserts that upon remand by the

Court, the Appeals Counsel will remand the case to the ALJ, who will be directed to

---

[1]    The parties have consented to the exercise of authority by the undersigned
United States Magistrate Judge under 28 U.S.C. § 636(c).

further develop the record, reconsider whether Plaintiff is disabled, and issue a new decision.  Plaintiff's counsel has represented to the Court that he does not oppose the Commissioner's motion.

Sentence four of 42 U.S.C. § 405(g) provides that upon judicial review, "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."  The Court concludes that the Commissioner's motion should be granted in this case.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to reverse and remand the case is **GRANTED.**  [Doc. #15]

 A Judgment shall accompany this Memorandum and Order.


_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of November, 2005